# DEFENDANT INFORMATION

**Phone:** (619) 955-5___

**Last Name:** HERNON
**First Name:** WILLIAM

**Street Address:** 10163 S ORION AVE

**City:** YUMA
**State:** AZ
**Zip Code:** 85367
**Date of Birth:** 09/1_

**Drivers License No.:** W66026771
**CDL:** ☐
**D.L. State:** AZ
**Social Security No.:** 555-51-02_

☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair: Brown | Eyes: HAZEL | Height: 6'1"

**VEHICLE** VIN: [redacted]528

**Tag No.** | **State** | **Year** | **Make/Model** | **PASS** ☐ | **C**

[large redacted block]

IS OPTIC_
_d, you mu_
_e or in lieu_
See instru_
Forfeiture
+ $30 Processi_

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov → $ 130.00  Total Coll_

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date_

**Court Address:** 333 W BROADWAY
SAN DIEGO CA, 92101

Date
Time

My signature signifies that I have received a copy of this violation notice. It is not an admi_ promise to appear for the hearing at the time and place instructed or in lieu of appearance collateral due.

X **Defendant Signature:** [signature]

Original - CVB Copy

*E2157077*

---

The foregoing statement is based upon:

☒ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 09/14/2024  [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident